**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**RICHARD JACKSON,**

    **Plaintiff,**

**vs.**                                           **CASE NO. 4:07CV131-MP/AK**

**WENDALL WHITEHURST,**

    **Defendant.**

_____/

**REPORT AND RECOMMENDATION**

Plaintiff was directed to file a second amended complaint on October 16, 2007, because his first two complaints failed to state a claim for relief. (Doc. 18). He sought and was granted two extensions of time to file this pleading (docs. 20, 21, 24, 25), and a show cause order was entered on March 7, 2008, requesting a response by March 21, 2008. (Doc. 26). This order was returned as undeliverable and was re-mailed to a new free world address. (Doc. 27). This order, too, was returned as undeliverable with the notation "vacant" on the envelope. (Doc. 29). There was no forwarding address in the inmate data base available to the Court and no other means of corresponding with the Plaintiff.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962). Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order. Plaintiff has failed to comply with two orders of this Court directing that he file an amended pleading, despite two extensions of time for this purpose, and there is presently no current address for the Plaintiff.

Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** with prejudice.

**IN CHAMBERS** at Gainesville, Florida, *this 23rd* **day of June 2008**.

> s/ A. KORNBLUM
> **ALLAN KORNBLUM**
> **UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

No. 4:07CV131-MMP/AK