IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RICHARD JACKSON,

    Plaintiff,

v.                                                    CASE NO. 4:07-cv-00131-MP -AK

MICHELLE DALTON, M DELAPP, SEAN DOWIS, TIMOTHY SCOTT, CECIL SMITH,
RANDY TIFFT, GERALD ABDUL WASI, WENDALL WHITEHURST,

    Defendants.

_____/

# **O R D E R**

This matter is before the Court on Doc. 36, Motion Requesting Courtesy Copy of Order Titled "Dear Clerk of the Court" re 25 Order by Richard Jackson. The motion is GRANTED.

Accordingly, it is

**ORDERED AND ADJUDGED:**

1.    The Clerk is directed to send Mr. Jackson a copy of Doc. 25, Order Granting Motion for Extension of Time to File.

**DONE AND ORDERED** this  *21st* day of December, 2010

                              *s/Maurice M. Paul*
                         Maurice M. Paul, Senior District Judge